ACCEPTED
12-15-00170-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/4/2015 9:51:42 AM
Pam Estes
CLERK

NO. 12-15-00170-CV

_____

IN THE TWELFTH COURT OF APPEALS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/4/2015 9:51:42 AM
PAM ESTES
Clerk

_____

Linda Ann Parrish Richardson and Gary Bruce Richardson, Co-Trustees
Of the M.C. Parrish, Jr. Testamentary Trust, et al,
Appellants,

vs.

Donald Roger Mills, and wife, Rhonda Mills and Beverly Mills Pool
Appellees.

_____

On Appeal from the 145th Judicial District Court
Nacogdoches County, Texas

---

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF**

---

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellees, Donald Roger Mills, and wife, Rhonda Mills and

Beverly Mills Pool, and file this their Unopposed Motion for Extension of Time to

File Brief, and would show this Honorable Court as follows:

1.

Appellees' brief is currently due to be filed in this Court on December 16,

2015. Appellees respectfully request that the deadline to file Appellees' Brief be

extended to January 15, 2016.

1

2.

This is the first request for an extension of time to file their brief.

3.

The undersigned counsel has had various and numerous commitments to handle matters, including litigation matters, for other clients prior to December 16, 2015, which have interfered with and impeded the undersigned counsel's ability to complete Appellee's Brief in a timely and effective manner.

In addition, the undersigned has had out of town trips due to the Thanksgiving holidays and will be working with a limited staff due to vacations during the month of December. Further, the undersigned has out of town trips scheduled for two days before Christmas and Christmas day, all of which are work days.

Because of such trips and due to the various commitments to handle matters for other clients during the thirty (30) day period following the filing of Appellant's brief in this appeal, the undersigned will be unable to complete in a timely and effective manner Appellee's brief in this appeal by its original due date.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully pray that the Court of Appeals grant Appellees' Unopposed Motion for Extension of Time to File Brief and that the deadline be extended to January 15, 2016, and for such other and further relief to which the Court of Appeals deems appropriate.

Respectfully submitted,

GUIDRY, BATES & HOYT
ATTORNEYS, LLP
118 E. Hospital Street, Suite 100
Nacogdoches, Texas 75961
(936) 560-6954 telephone
(936) 560-5996 facsimile
bates@gbhattorneys.com


_____*/s/ William Guidry*_____
William D. Guidry
State Bar No. 08594000



CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellants, Richard Merrill and Berry Bowen, by email and they have agreed to this motion for extension.


*/s/ William Guidry*_____
William Guidry



CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion has been provided to counsel listed below via electronic service and email on this 4th day of December, 2015.


_____*/s/ William Guidry*_____
William Guidry